UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
UNITED STATES OF AMERICA,           :     Criminal No. 3:14CR00141(JBA)
:
v.                                  :
:
BRANDEN HUERTAS                     :     December 18, 2014
:
---------------------------------------------------x

## WAIVER OF SPEEDY TRIAL RIGHTS

The defendant, Branden Huertas, hereby gives a limited waiver of the right accorded him by 18 U.S.C. § 3161(c)(1), requiring the commencement of trial within seventy days of the filing of an indictment. No waiver of rights under any other provision of the Speedy Trial Act is made by the defendant. In support of this waiver, Mr. Huertas states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up a right accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the defendant, that it outweighs the public interest in a speedy trial, and that the period of delay from the date of his signature through _March 9_, 2015, should be excluded.

_____        Date: _12-18-14_
Branden Huertas

_____        Date: _12/18/2014_
Sarah A. L. Merriam

Respectfully submitted,

THE DEFENDANT,
BRANDEN HUERTAS

OFFICE OF THE FEDERAL DEFENDER

Dated: December 18, 2014

/s/ Sarah A. L. Merriam
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT   06510
Phone: 203-498-4200
Fax: 203-498-4207
Bar No.: ct25379
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2014, a copy of the foregoing Waiver was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Sarah A. L. Merriam