UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA,         :    Criminal No. 3:14CR00141(JBA)
                                                       :
v.                                                     :
                                                       :
BRANDEN HUERTAS                   :    December 21, 2014
                                                       :
-------------------------------------------------------x
```

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Sarah A. L. Merriam, respectfully requests leave to withdraw as counsel for Mr. Huertas in the above-captioned case. Attorney Kelly M. Barrett of the Office of the Federal Defender has now filed an appearance in this matter. Attorney Barrett will be handling this case from this point forward.

Undersigned counsel has sent a copy of this motion to Mr. Huertas, and has provided Mr. Huertas' file to Attorney Barrett. Undersigned counsel and Attorney Barrett have met with Mr. Huertas jointly on two occasions, and he is aware that Attorney Barrett is taking over his case.

Accordingly, the undersigned requests that the Court terminate the appearance of the undersigned in this matter.

Respectfully submitted,

THE DEFENDANT
BRANDEN HUERTAS

OFFICE OF THE FEDERAL DEFENDER

Dated: December 21, 2014                   /s/   Sarah A. L. Merriam
                                          Sarah A. L. Merriam
                                          Assistant Federal Defender
                                          265 Church Street, Suite 702
                                          New Haven, CT 06510
                                          Bar No. ct25379
                                          Phone: 203-498-4200
                                          Fax: 203-498-4207
                                          Email: sarah_merriam@fd.org

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on December 21, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           /s/   Sarah A. L. Merriam
                                             Sarah A. L. Merriam